HIRAM ORTAGUS AND KATHERINE ORTAGUS, MINORS, BY HARRY MASTERS, AS THEIR NEXT FRIEND, *Plaintiffs in Error,* v. ST. JOHNS ELECTRIC COMPANY, A CORPORATION, *Defendant in Error.*

Opinion Filed October 19, 1923.

This case was decided by Division B.

A Writ of Error to the Circuit Court for St. Johns County; George Couper Gibbs, Judge.

*A. H. & Roswell King* and *E. Noble Calhoun,* for Plaintiff in Error;

*Watson & May,* for Defendant in Error.

PER CURIAM.—The judgment herein is reversed on the authority of Foster v. St. Johns Electric Co., this day fiiled.

Reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.